IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

MARCUS DIONISIO                                                    PLAINTIFF

v.                              CIVIL ACTION NO. 5:21-CV-68-DCB-LGI

SOUTHERN FINANCIAL SYSTEMS,
INC.                                                               DEFENDANT

## Final Judgment

THIS MATTER came before the Court on Southern Financial Systems, Inc.'s Motion to Dismiss or, alternatively, Motion for Summary Judgment [ECF No. 9]; and the Court, having found that the case should be dismissed without prejudice as to Plaintiff's "Third Claim for Relief" due to lack of subject-matter jurisdiction, and dismissed with prejudice as to his First and Second "Claims for Relief" in an Order of even date herewith;

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this case is DISMISSED without prejudice in part and with prejudice in part.

SO ORDERED AND ADJUDGED this 25th day of May, 2022.

                                        /s/ David C. Bramlette
                                        DAVID C. BRAMLETTE III
                                        UNITED STATES DISTRICT JUDGE